No. 94–5843. RODENBAUGH v. SENAPE ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 958] denied.

No. 94–6893. IN RE SUHY. Petition for writ of habeas corpus denied.

No. 94–6654. IN RE RUSSELL. Petition for writ of mandamus denied.

No. 94–558. UNITED STATES v. HAYS ET AL.; and

No. 94–627. LOUISIANA ET AL. v. HAYS ET AL. Appeals from D. C. W. D. La. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. The stay heretofore entered August 11, 1994 [512 U. S. 1273], is reentered as of the date the District Court reentered its judgment.

No. 93–1140. JAMES B. BEAM DISTILLING CO. v. GEORGIA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 93–1882. SWANSON ET AL. v. NORTH CAROLINA ET AL. Sup. Ct. N. C. Certiorari denied.

No. 93–9392. ISBY v. SPENCER, JUDGE, CIRCUIT COURT OF INDIANA, MADISON COUNTY. C. A. 7th Cir. Certiorari denied.

No. 94–171. TOLER v. UNITED STATES;

No. 94–5417. BLAIN v. UNITED STATES; and

No. 94–5557. FORMANN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–326. SOUNDGARDEN ET AL. v. GREGOIRE, ATTORNEY GENERAL OF WASHINGTON, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 94–330. LEWIS v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–331. MINNESOTA COMMISSIONER OF REVENUE ET AL. v. NORWEST BANK DULUTH, N. A., ET AL. Sup. Ct. Minn. Certiorari denied.